IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SANTOS ARBAIZA,<br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>    Defendant. | Civil Action No. 3:23-CV-01788-BT |

## JUDGMENT AND ORDER OF REMAND UNDER SENTENCE FOUR

Upon examination of Defendant's Unopposed Motion to Reverse and Remand (Doc. 20) and review of the file, the Court finds that judgment should be entered reversing the decision of the Commissioner and remanding this case to him for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Under 42 U.S.C. § 405(g), the Court has the authority to remand this case to the Commissioner for further proceedings.  Upon remand, the Commissioner will take any further action necessary to complete the administrative record and issue a new decision.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

SIGNED this 22nd day of January, 2024.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE